JOHNSON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Andrew P. Johnson against

the City of New York. L. Kunen, for appellant. T. Connolly, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.